IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS E. STEWART, and H. ALICE CHEN,<br><br>   Plaintiffs,<br><br>  v.<br><br>XINCHANG ZHONGKE ELECTRIC CO., LTD., XINCHANG THUNDEREAGLE CO., LTD., SHENZHOU HOWRICH IMPORT & EXPORT CO., LTD., and BRENDA XING,<br><br>   Defendants.<br>_____/ | No. C 16-01407 WHA<br><br>**ORDER DENYING MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

Plaintiffs move for entry of default judgment (Dkt. No. 14). Their motion for entry of default was denied (Dkt. No. 13). Thus, the motion for default judgment is also **DENIED**.

**IT IS SO ORDERED.**

Dated: June 6, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE