IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS E. STEWART, and H. ALICE CHEN,<br><br>  Plaintiffs,<br><br>  v.<br><br>XINCHANG ZHONGKE ELECTRIC CO., LTD., XINCHANG THUNDEREAGLE CO., LTD., SHENZHOU HOWRICH IMPORT & EXPORT CO., LTD., and BRENDA XING,<br><br>  Defendants.<br>                                                              / | No. C 16-01407 WHA<br><br>**ORDER TO SHOW CAUSE** |

Pro se plaintiffs moved for entry of default against all defendants. Defendants are three foreign corporations and an individual all based in China, which is a party to the Hague Convention. Plaintiffs' affidavit of service indicated that they personally served all defendants in China (Dkt. No. 11). There was no indication that they complied with the requirements for serving foreign individuals or corporations ans set forth in Rule 4(f)(1) and 4(h)(2), respectively. Accordingly, the Clerk denied plaintiffs' motion for entry of default (Dkt. No. 13). In light of the foregoing, plaintiffs are hereby **ORDERED TO SHOW CAUSE**, in writing, by **JUNE 10 AT NOON**, why service should not be quashed.

Plaintiffs are directed to review the resources available to pro se litigants, detailed at http://www.cand.uscourts.gov/proselitigants. Plaintiffs may schedule an appointment with the Legal Help Desk by email at federalprobonoproject@sfbar.org or by phone at (415) 782-8982.

**IT IS SO ORDERED.**

Dated:   June 6, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE