IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS E. STEWART, and H. ALICE CHEN,<br><br>   Plaintiffs,<br><br>   v.<br><br>XINCHANG ZHONGKE ELECTRIC CO., LTD., XINCHANG THUNDEREAGLE CO., LTD., SHENZHOU HOWRICH IMPORT & EXPORT CO., LTD., and BRENDA XING,<br><br>   Defendants. | No. C 16-01407 WHA<br><br>**ORDER EXTENDING DEADLINE TO SERVE** |

A prior order quashed pro se plaintiffs' service on defendants for failing to comply with the Hague Convention and set a deadline of September 20 to effect service (Dkt. No. 21). Due to the Clerk's error, that order was never served on plaintiffs. Accordingly, plaintiffs shall have until **JANUARY 5, 2017** to properly serve defendants. If service is not effected by that deadline, the Court will entertain a motion for a further extension supported by a sworn declaration showing prompt and diligent efforts. The Clerk shall please promptly **SERVE** this order and the prior order quashing service on plaintiffs by mail.

**IT IS SO ORDERED.**

Dated: October 5, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE