IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS E. STEWART and H. ALICE CHEN,<br><br>    Plaintiffs,<br><br>  v.<br><br>XINCHANG ZHONGKE ELECTRIC CO., LTD., XINCHANG THUNDEREAGLE CO., LTD., SHENZHOU HOWRICH IMPORT & EXPORT CO., LTD., and BRENDA XING,<br><br>    Defendants.<br>_____/ | No. C 16-01407 WHA<br><br>**ORDER DISMISSING ACTION** |

On October 5, 2016, an order set January 5, 2017, as the deadline for plaintiffs to serve defendants in compliance with the Hague Convention (Dkt. No. 22). More than one month after that deadline, service has not been effected, and plaintiffs have not moved to extend the deadline. This action is hereby **DISMISSED** for lack of prosecution.

**IT IS SO ORDERED.**

Dated: February 23, 2017.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE