**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS E. STEWART and H. ALICE CHEN,

    Plaintiffs,

  v.

XINCHANG ZHONGKE ELECTRIC CO., LTD., XINCHANG THUNDEREAGLE CO., LTD., SHENZHOU HOWRICH IMPORT & EXPORT CO., LTD., and BRENDA XING,

    Defendants

          /

No. C 16-01407 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing the action for lack of prosecution, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants Xinchang Zhongke Electric Co., Ltd., Xinchang Thundereagle Co., Ltd., Shenzhou Howrich Import & Export Co., Ltd., and Brenda Xing and against plaintiffs Nicholas E. Stewart and H. Alice Chen. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: February 23, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE